**United States DistrictCourt**
**Northern District of Illinois**

| | | |
|---|---|---|
| LIVINGSTON BENNETT, on behalf of himself and all others similarly situated, | ) | |
| Plaintiffs, | ) | Case No.: 1:26-cv-02637 |
| v. | ) | **NOTICE OF SETTLEMENT** |
| Metacommerce, Inc., d/b/a Haiku Designs, | ) | |
| Defendant. | | |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: April 8, 2026

EQUAL ACCESS LAW GROUP, PLLC

Attorneys for Plaintiff

/s/ Michael Ohrenberger
By: Michael Ohrenberger
4903 Avenue N,
Brooklyn NY 11234
O: 844-731-3343
D: 716-281-5496
Email: mohrenberger@ealg.law